**FILED**

SEP 1 0 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DER-YEGHIAYAN

LI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **No.8CR 716** |
| | ) |
| v. | ) |
| | ) Violations: Title 21, United States |
| LORENZO INGRAM, | ) Code, Section 841(a)(1) |
| also known as "Trump;" | ) |
| | ) **Indictment** |
| | ) MAGISTRATE JUDGE SCHENKIER |

COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 2, 2006, at Batavia, in the Northern District of Illinois, Eastern

Division,

LORENZO INGRAM
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

a quantity of mixtures containing cocaine base in the form of crack cocaine, a Schedule II

Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about November 7, 2006, at Batavia, in the Northern District of Illinois, Eastern Division,

### LORENZO INGRAM
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about December 8, 2006, at Batavia, in the Northern District of Illinois, Eastern

Division,

LORENZO INGRAM,
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 5, 2007, at Batavia, in the Northern District of Illinois, Eastern

Division,

### LORENZO INGRAM,
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

a quantity of mixtures containing cocaine base in the form of crack cocaine, a Schedule II

Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 16, 2007, at Batavia, in the Northern District of Illinois, Eastern Division,

LORENZO INGRAM,
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 25, 2007, at Batavia, in the Northern District of Illinois, Eastern

Division,

### LORENZO INGRAM,
also known as "Trump;"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely,

5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY